SO ORDERED: September 3, 2014.



James K. Coachys
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| KEVIN MENDELL and ) | CASE NO.  11-05256-JKC-13 |
| DANYA MENDELL, ) | |
| ) | |
| DEBTOR. | |

### ORDER GRANTING MOTION TO MODIFY

Comes now debtor herein, by counsel, and having filed a Motion to Modify Plan pursuant to §1329 on July 3, 2014.

And the Court, having extended notice to said Motion, now finds that said Motion should be granted.  It is, therefore,

ORDERED, ADJUDGED AND DECREED that the debtor's §1329 Motion to Modify Plan after Confirmation shall be granted.

IT IS FURTHER ORDERED that the debtor shall pay the trustee as follows:   $68,400.00 for the period May 27, 2011 through June 27, 2014 (38 months); thereafter, commencing July 27, 2014, debtor shall pay $424.33 per month and continuing until the plan base of $78,583.00 is met; plus, debtor shall submit copies of their annual tax returns to the trustee for the life of the plan commencing April 30, 2012.

###